**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6061**

———————

DAVID HOWARD POSEY,

                                        Petitioner - Appellant,

        versus

STEVEN DEWALT, Warden,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CA-98-834)

———————

Submitted:  May 11, 2000                Decided:  May 18, 2000

———————

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

David Howard Posey, Appellant Pro Se.  Leslie Bonner McClendon, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Howard Posey appeals from the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. In his petition, Posey sought reclassification to a minimum security status and reassignment to a prison camp.[*] Because Posey is no longer in federal custody, the relief he asked for cannot be granted. Accordingly, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Posey was a federal prisoner at the time he filed his petition.

2